# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMIE RENEE KERTH, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-23-0507-HE |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") finding that she was not "disabled" under the Social Security Act. On February 21, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that the Commissioner's decision be reversed and remanded for further proceedings.

The parties were advised of their right to object to the Report and Recommendation by March 6, 2024. The Commissioner has filed a response to the Report and Recommendation advising that he will not be filing an objection to the Report and Recommendation. Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #18] and **REVERSES** the decision of the Commissioner and **REMANDS** this matter for further administrative proceedings.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2024.

                                                                         JOE HEATON  
                                                                         UNITED STATES DISTRICT JUDGE